AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. Section 641 - Theft of Government Property
(Class A Misdemeanor)

☐ Petty
☒ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ PHYLLIS THOMAS

DISTRICT COURT NUMBER
CR08-0205 WDB


FILED
MAR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Social Security Administration Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Maureen C. Bessette

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
2333 83rd Avenue; Oakland, CA 94605

Date/Time: April 15, 2008    Before Judge: 10:00 am

Comments:

E-filing

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED
MAR 31 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>PHYLLIS THOMAS,<br><br>    Defendant. | No. CR 08-0205 WDB<br><br>VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class A Misdemeanor)<br><br>OAKLAND VENUE |

# INFORMATION

The United States Attorney charges:

On or about and between September 2004 and June 2005, in the Northern District of California, the defendant,

## PHYLLIS THOMAS,

did knowingly embezzle, steal, purloin, and convert to her own use money of the United States or a department and agency thereof, to wit: Social Security benefits paid to her deceased mother's bank account, and did receive, conceal, and retain such money with the intent to convert it to her gain, knowing it to have been embezzled, stolen, purloined, and converted, in

////

INFORMATION

1  violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

2

3  DATED: *March 31, 2008*               JOSEPH P. RUSSONIELLO
                                          United States Attorney
4

5                                         _____
                                          W. DOUGLAS SPRAGUE
6                                         Assistant United States Attorney
                                          Chief, Oakland Branch
7

8  (Approved as to form: _____ )
                          MAUREEN BESSETTE
9                         Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION