JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
Email: Maureen.Bessette@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PHYLLIS THOMAS,<br><br>    Defendant. | Case No. CR-08-0205-WDB<br><br>**MOTION FOR SUMMONS** |

Based on the facts set forth in the Declaration of Sarala V. Nagala in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Phyllis Thomas, 2333 83rd Avenue, Oakland, California 94605. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 04-02-08           /s/
                          MAUREEN BESSETTE
                          Assistant United States Attorney

MOTION FOR SUMMONS