JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-0205-WDB |
|    Plaintiff, ) | |
| v. ) | **DECLARATION OF SARALA V. NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| PHYLLIS THOMAS, ) | |
|    Defendant. ) | |

I, Sarala V. Nagala, hereby declare as follows:

1. I am Law Clerk assigned to this case. I have received the following information from agents employed by the Social Security Administration Office of the Inspector General (SSA/OIG) and from reports and other documents provided to me by the SSA/OIG.

2. Phyllis Thomas' mother, Dollie Rawlins, died on June 14, 2004. Rawlins' monthly Social Security payments were inadvertently continued until late 2007. These monthly payments were deposited directly into Rawlins' bank account.

3. Between June 2004 and June 2005, Phyllis Thomas accessed her deceased mother's bank account using her mother's checks and ATM card. She used money in the account for various

1  expenses, including personal expenses.

2      4.   On December 28, 2007, Special Agents Virgil Kay and Robb Stickley of SSA/OIG
3  interviewed Thomas at her home.  She voluntarily admitted that she had used money from her
4  mother's bank account between June 2004 and June 2005 and that she knew her mother was not
5  entitled to Social Security benefits after her death.

6      5.   I declare under penalty of perjury that the foregoing is true and correct to the best of my
7  knowledge and belief.

9  Executed April 2, 2008 at Oakland, California.

11  DATED:   4/2/08    Respectfully submitted,

12  JOSEPH P. RUSSONIELLO
United States Attorney

14  /s/
15  SARALA V. NAGALA
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-2-