1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                              OAKLAND DIVISION

10  UNITED STATES OF AMERICA,       )   Case No. CR-08-0205-WDB
                                    )
11          Plaintiff,               )
                                    )
12      v.                          )   **[PROPOSED] ORDER FOR SUMMONS**
                                    )
13  PHYLLIS THOMAS,                 )
                                    )
14                                  )
            Defendant.              )
15  _____)

16

17      Having reviewed the Declaration of Sarala V. Nagala, the Court finds that probable cause

18  exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.

19  58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Phyllis

20  Thomas, 2333 83rd Avenue, Oakland, California 94605 to appear on April 15, 2008 at 10:00 am

21  before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the

22  United States Attorney.

23

24      IT IS SO ORDERED.

25
    Dated: _____
26                                            _____
                                              JUDGE JAMES LARSON
27                                            United States Magistrate Judge

28

ORDER FOR SUMMONS