**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*                              *(510) 637-3680*

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*                              *FAX (510) 637-3724*

April 2, 2008

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California  94612

    Re:    United States v. Phyllis Thomas, CR-08-0205-WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on April 15, 2008 for an initial appearance and arraignment.

    Very Truly Yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    _____/s/_____
    SARALA V. NAGALA
    Law Clerk