JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHYLLIS THOMAS, ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No. CR-08-0205-WDB <br><br> [PROPOSED] ORDER FOR SUMMONS |

Having reviewed the Declaration of Sarala V. Nagala, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Phyllis Thomas, 2333 83rd Avenue, Oakland, California 94605 to appear on April 15, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: April 3, 2008

_James Larson_
JUDGE JAMES LARSON
United States Magistrate Judge

ORDER FOR SUMMONS