```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  WADE M. RHYNE (CABN 216799)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340-S
 6     Oakland, California 94612
       Telephone: (510) 637-3693
 7     Facsimile: (510) 637-3724
       E-Mail:    wade.rhyne@usdoj.gov
 8

 9  Attorneys for the United States of America
```

**FILED**

DEC 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>PHYLLIS THOMAS,<br><br>   Defendant. | No. CR-08-00205 WDB<br><br>UNITED STATES' MOTION TO DISMISS DEFENDANT PHYLLIS THOMAS FROM INFORMATION AND [~~PROPOSED~~] ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss Defendant Phyllis Thomas from the above-captioned information. Pre-Trial Services has notified the

///
///
///
///
///
///

cc: Stats, Copy to parties via ECF, Pret. Svcs.,
    US Marshal

MOTION TO DISMISS
CR-08-00205 WDB

1  United States that Defendant had successfully completed his/her pre-trial diversion on November
2  24, 2009.

4  DATED: December 21, 2009

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

WADE M. RHYNE
Assistant United States Attorney

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss Defendant Phyllis Thomas from the information in case number CR-08-00205 WDB.

DATED: 12/22/09

HON. TIMOTHY J. BOMMER
United States Magistrate Judge